**RICHARD A. HARRIS, ESQ.**
Nevada State Bar No. 505
**JOSHUA R. HARRIS, ESQ.**
Nevada State Bar No. 9580
RICHARD HARRIS LAW FIRM
801 S FOURTH ST.
LAS VEGAS  NV  89101
Ph:  (702) 444-4392
Fax:  (702) 444-4455
Email: josh@richardharrislaw.com
**Attorney for Plaintiff**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PAULINA M. ACUNA, <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, <br><br> Defendant. | Case No  2:18-cv-02042-APG-NJK <br><br> FIRST STIPULATION FOR EXTENSION OF TIME TO FILE MOTION FOR REMAND |

Comes now Plaintiff, by and through her attorney, JOSHUA R. HARRIS, ESQ., and requests a THIRTY (30) calendar day extension of time, to file the **MOTION TO FOR REMAND,** up to and including March 29, 2019.

Plaintiff's current deadline to file the **MOTION FOR REMAND** is February 27, 2019.

The password for the administrative record received on disc twice by Plaintiff from Office of General Counsel did not open either disc and a third disc is being sent to Plaintiff.

Via email on February 26, 2019, opposing counsel expressed no objection to the extension.

It is therefore respectfully requested that Plaintiff be granted a THIRTY (30) calendar day extension of time to file the **MOTION FOR REMAND** up to and including March 29, 2019.

DATED this 26th day of February, 2019.

/s/ *Joshua R. Harris*
**JOSHUA HARRIS, ESQ.**
Nevada State Bar No. 9580
Richard Harris Law Firm
801 S Fourth St.
Las Vegas NV 89101
Ph: (702) 444-4392
Fax: (702) 444-4455
Email: josh@richardharrislaw.com
Attorney for Plaintiff

DATED this 26th day of February , 2019.

/s/ *Carol Sue Clark*
**Carol Sue Clark**
Social Security Administration
160 Spear St., Ste. 800
San Francisco, CA 94105
415-977-8975
Email: carol.s.clark@ssa.gov
Attorney for Defendant

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: ___February 27, 2019___