# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAULINA ACUNA, | Case No.: 2:18-cv-002042-APG-NJK |
|     Plaintiff, | **ORDER** |
| v. | |
| ANDREW SAUL, | |
|     Defendant. | |

It appears that Andrew Saul is now Commissioner of Social Security. A "[public] officer's successor is automatically substituted as a party." Fed. R. Civ. P. 25(d). Accordingly, the Clerk's Office is **INSTRUCTED** to substitute Andrew Saul in place of Nancy Berryhill.

IT IS SO ORDERED.

Dated: June 17, 2019.

_____
Nancy J. Koppe
United States Magistrate Judge